Submitted on record and appellant's brief July 7, affirmed July 15, petition for rehearing denied August 10, petition for review denied September 28, 1971

## STATE OF OREGON, *Respondent, v.*
## STEPHEN DUANE THOMPSON, *Appellant.*
486 P2d 581

Gary D. Babcock, Public Defender, and Ken C. Hadley, Deputy Public Defender, Salem, for appellant.

No appearance for respondent.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

PER CURIAM.

AFFIRMED. *State v. Gann,* 254 Or 549, 463 P2d 570 (1969).